IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL E. ALLEN
ADC #174726                                                                                          PLAINTIFF

v.                              Case No. 4:23-cv-922-KGB

BRANDON LONG, Sheriff,
Stone County Sheriff Dept., *et al.*                                                         DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from United States Magistrate Judge Joe J. Volpe (Dkt. No. 5). Plaintiff Michael E. Allen has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). The Court dismisses without prejudice Mr. Allen's complaint for failure to prosecute (Dkt. No. 1). The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 27th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge